SO ORDERED.

Dated: August 13, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-18949

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gavin McKenzie Voelker, Lisa Catherine Voelker<br>    Debtors.<br>―――――――――――――――――――<br>Desert Schools Federal Credit Union<br>        Movant,<br>    vs.<br><br>Gavin McKenzie Voelker, Lisa Catherine Voelker, Debtors, Brian J. Mullen, Trustee.<br><br>    Respondents. | No. 2:10-BK-18960-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 3, 2006 and recorded in the office of the Pinal County Recorder wherein Desert Schools Federal Credit Union is the current beneficiary and Gavin McKenzie Voelker, Lisa Catherine Voelker have an interest in, further described as:

> Lot 62, of PHASE 1 AT MORNING SUN FARMS, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet D, Slide 172.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.